IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN K. WALTON, | |
| Plaintiff, | 8:20CV155 |
| vs. | |
| MICHAEL MYER, Director of DCCC; CAPTAIN WEST, Captain of DCCC; LT. SWECRCK, SGT. MOSS, CO. II MCNEIL, CO. II GILLESPIE, CO. II GENO, CO. II JACKSON, BETSY BROWN, and STORE CLERK FOR DCCC, | MEMORANDUM AND ORDER |
| Defendants. | |

    This matter is before the court on its own motion. On June 11, 2020, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the filing fee assessed by the court on May 6, 2020. The court later extended the date by which Plaintiff needed to show cause to August 17, 2020. To date, Plaintiff has not shown cause for his failure to pay the filing fee and has not paid the filing fee or sought an extension of time in which to do so.

    IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's filing fee, and for failure to comply with a court order. The court will enter judgment by a separate document.

Dated this 25th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2